UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-12259-GAO

ANDREAS RAMON MELO,
Plaintiff,

v.

CESAR VARGAS, MIGUELINA VARGAS, and HEIDI VARGAS,
Defendants.

<u>DEFAULT JUDGMENT</u>
December 23, 2014

O'TOOLE, D.J.

The plaintiff sued for injunctive and other relief to remedy what he asserted were the defendants' violations of Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.* ("Title III"). The defendants having failed to plead or otherwise defend in this action and their default having been entered, the factual allegations of the second amended complaint are taken as established.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The defendants are commanded to eliminate forthwith the architectural barriers to access in compliance with Title III and the ADA's 2010 Standards for Accessible Design. Upon completion of the corrective work, the defendants shall file a verified certificate of completion with the Court acknowledging that all work has been completed. The work shall be completed within six months of the date this judgment is entered on the docket.

2. The plaintiff shall be awarded his reasonable attorney's fees, including litigation expenses, and costs from the defendants pursuant to 42 U.S.C. § 12205 and Federal Rule of Civil Procedure 54(d). The plaintiff shall submit a bill of costs and motion for attorney's fees within 14 days.

/s/ George A. O'Toole, Jr.
United States District Judge