UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-12259-GAO

ANDREAS RAMON MELO,
Plaintiff,

v.

CESAR VARGAS, MIGUELINA VARGAS, and HEIDI VARGAS,
Defendants.

ORDER
March 10, 2015

O'TOOLE, D.J.

The plaintiff sued for injunctive and other relief to remedy defendants' violations of Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.* ("Title III"). On December 23, 2014, this Court entered default judgment for the plaintiff, with an allowance for the award of reasonable attorney's fees and costs.

The plaintiff has filed a Verified Application for Attorney's Fees, Litigation Expenses and Costs (dkt. no. 44), which I find reasonable. Accordingly, pursuant to 42 U.S.C. § 12205 and Federal Rule of Civil Procedure 54(d) the plaintiff is awarded $9,655.00 in attorney's fees and $1,025.00 in litigation expenses and costs, for a total of $10,680.00 to be paid by the defendant.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge