**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**FIRST EXECUTION** CIVIL ACTION NO. 12-12259-GAO

FILED IN CLERKS OFFICE 2015 JAN 12 PM U.S. DISTRICT COURT

To the United States Marshal for the District of Massachusetts or either of his Deputies and to ______________________, Special Process Server:

WHEREAS Andres Ramon Melo has recovered judgment against Cesar Vargas Miguelina Vargas Heidi Vargas on the 10th day of March, 2015, for the sum of $9,655, debt or damage, pre-judgment interest in the amount of $_______, and costs of this suit in the amount of $1,025; as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $10,680, in the whole, with interest thereon at the rate of 0.25% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 19th day of June, 2015.

ROBERT M. FARRELL
CLERK OF COURT

SEAL

By: ____________
Deputy Clerk